AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| SKAT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-09439-flw-lhg |
| THE EVERYTHING CLEAN LLC 401 K PLAN, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Everything Clean, LLC 401K Plan and Matthew Tucci

Date:  06/06/2018

*Attorney's signature*

John M. Hanamirian, Esquire (002861992)
*Printed name and bar number*
HANAMIRIAN LAW FIRM, P.C.
40 E. Main Street
Moorestown, New Jersey 08057

*Address*

jmh@hanamirian.com
*E-mail address*

(856) 793-9092
*Telephone number*

(856) 793-9121
*FAX number*